In the United States District Court
For the District of Puerto Rico

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.,<br>Luis M. Pulido-Villalva [05],<br>Defendant. | Criminal No.: 20 – 063 (PAD)[05] |

## Motion for Change of Plea

To the Honorable Pedro A. Delgado

    Comes now the defendant Luis M. Pulido-Villalva (hereinafter "Mr. Pulido-Villava"), represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully moves the Court as follows:

    Mr. Luis M. Pulido-Villalva, after due considerations of his Constitutional rights as pertaining to trial, informed counsel of his decision to change his previously entered not guilty plea to one of guilty. Mr. Luis M. Pulido-Villalva will plead to the 2 Counts of the Indictment filed against him pursuant to a "straight plea."

    Mr. Luis M. Pulido-Villalva very respectfully moves for the scheduling of a hearing where he can change his previously entered plea of not guilty to one of guilty.

Wherefore, Mr. Luis M. Pulido-Villalva requests that this Honorable Court take notice of the above-mentioned and set this case for a Change of Plea Hearing.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Respectfully submitted.

In San Juan, Puerto Rico, this 12th day of April 2021.

Eric Alexander Vos
Chief Defender
District of Puerto Rico

S/Vivian Torralbas-Halais
Vivian Torralbas-Halais
Assistant Federal Public Defender
USDC-PR 231601
241 F.D. Roosevelt Ave.
San Juan, P.R. 00918-2441
(787) 281-4922 Ext. 224
(787) 281-4899
vivian_torralbas@fd.org